# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EARL EUGENE BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-00108-MHH-SGC |
| ) | |
| LANCASTER GERALD, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 24, 2021, in which she recommended that the Court grant defendants Eric L. Hughes, Warren Cook, and Randy Brown's motions for summary judgment and dismiss Mr. Bates's claims against Dr. Lancaster Gerald without prejudice. (Docs. 14, 15, 19). The magistrate judge advised the parties of their right to file specific written objections within 14 days, but the Court has not received objections.

Having reviewed the materials in the Court's electronic record, the Court adopts the magistrate judge's report and accepts her recommendation. Because there are no genuine issues of material fact as to Mr. Bates's claims against defendants Hughes, Cook, and Brown, those defendants are entitled to judgment in their favor as a matter of law. Accordingly, by separate order, the Court will grant defendants Hughes, Cook, and Brown's motion for summary judgment and enter judgment for

them on Mr. Bates's claims.  By separate order, the Court will dismiss Mr. Bates's claims against defendant Dr. Lancaster Gerald without prejudice.

**DONE** and **ORDERED** this August 19, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE